UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| Jelber Rolando Botello Hernandez,<br><br>                     Petitioner,<br>     v.<br><br>United States Immigration and Customs Enforcement Field Office Director,<br><br>                     Respondent. | Case No. 2:25-cv-02400-KKE-TLF<br><br>ORDER APPOINTING FEDERAL PUBLIC DEFENDERS |

Petitioner filed a Motion to Appoint Counsel in this 28 U.S.C. § 2241 immigration habeas action. Dkt. 3. Having considered the Motion and the balance of the record, the Court finds and **ORDERS**:

(1) Because of the complex issues involved in this case, the interests of justice do require that counsel be appointed for petitioner. *See* 18 U.S.C. § 3006A(a)(2)(B). Accordingly, petitioner's request for appointment of counsel is **GRANTED**. The Court **APPOINTS** the Federal Public Defender to represent petitioner in these proceedings.

(2) Further, **within 30 days of the date of this Order**, petitioner shall **FILE** an IFP application (as provided in the Clerk's notice of filing deficiency) demonstrating financial eligibility both to proceed IFP under 28 U.S.C. 1915 and for appointment of counsel under 18 U.S.C. 3006A.

(3) The Clerk shall send copies of this Order to Petitioner, to the Federal Public Defender, to counsel for Respondents, and to the Honorable Kymberly K. Evanson.

Dated this 4th day of December, 2025.

*Theresa L. Fricke*
United States Magistrate Judge

ORDER APPOINTING FEDERAL PUBLIC DEFENDERS - 2