UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JELBER ROLANDO BOTELLO HERNANDEZ , <br><br> Petitioner, <br><br> v. <br><br> United States Immigration and Customs Enforcement Field Office Director, <br><br> Respondent. | Case No. 2:25-cv-02400-KKE-TLF <br><br> [PROPOSED] ORDER |

Having reviewed the Report and Recommendation of the Honorable Theresa L. Fricke, United States Magistrate Judge, any objections or responses, and the remaining record, the Court finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation.

    (2)    Petitioner's Petition for Writ of Habeas Corpus be DISMISSED without prejudice and with leave to amend.

Dated this \_\_ day of December, 2025.

 

_____
Kymberly K. Evanson
United States District Judge

[PROPOSED] ORDER - 1