UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JELBER ROLANDO BOTELLO HERNANDEZ,<br><br>　　　　　　　Petitioner(s),<br><br>　v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT FIELD OFFICE DIRECTOR,<br><br>　　　　　　　Respondent(s). | CASE NO. C25-2400-KKE<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of United States Magistrate Judge Theresa L. Fricke (Dkt. No. 11), the remaining record, and having not received any objections, hereby finds and ORDERS:

(1) The Court adopts the Report and Recommendation (Dkt. No. 11);

(2) Petitioner's habeas corpus petition is DISMISSED without prejudice and with leave to amend; and

(4) The Clerk is directed to send copies of this Order and corresponding Judgment to Petitioner and Judge Fricke.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

1     Dated this 14th day of January, 2026.

2

3                                     *Kymberly K. Evanson*

4                                     Kymberly K. Evanson
                                      United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER ADOPTING REPORT AND RECOMMENDATION - 2