# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JELBER ROLANDO BOTELLO HERNANDEZ,<br><br>                Petitioner(s),<br><br>   v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT FIELD OFFICE DIRECTOR,<br><br>                Respondent(s). | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER C25-2400-KKE |

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT Petitioner's habeas corpus petition is DISMISSED without prejudice and with leave to amend.

Dated January 14, 2026.

                                                Joshua C. Lewis
                                                Clerk of Court

                                                */s/ [Deputy Clerk]*
                                                Deputy Clerk